**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-21148-JAD |
| | : | |
| Richard  Bair, | : | Chapter 13 |
| Debtor | : | |
| _____ | : | Related to Document No.  11 |
| | : | |
| Richard  Bair, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| No Respondent. | : | |

### ORDER

**AND NOW**, on this ___10th_____ day of ___April_____, 2018, upon

consideration of the Motion of the above referenced Debtor, praying for an extension of time

within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good

cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file his Chapter

13 Petition, Chapter 13 Plan, Schedules, Declaration Re: Electronic Filing, and Pay Advices

be hereby extended to and including April 20, 2018.

FILED
4/10/18 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
Jeffery A., Deller,
Chief Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard Bair
   Debtor

Case No. 18-21148-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: culy   Page 1 of 1   Date Rcvd: Apr 10, 2018
        Form ID: pdf900   Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
```
db              +Richard Bair,    2603 Campbell Circle,    West Mifflin, PA 15122-3503
cr              +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
14799086        +Cap One Auto,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14799087        +Goehring, Rutter & Boehm,    437 Grant Street 14th Fl,    Pittsburgh, PA 15219-6107
14799088        +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14799089        +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14799090        +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14799091        +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14799093        +Nationstar Mortgage LLC,    PO Box 9095,    Temecula, CA 92589-9095
14799096        +PHH MORTGAGE CORPORATION,    PO BOX 961252,    Fort Worth, TX 76161-0252
14799095        +Peoples Natural Gas Company, LLC,    c/o S. James Wallace,    845 North Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14799098        +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14799094         +E-mail/PDF: cbp@onemainfinancial.com Apr 11 2018 01:29:33      Onemain Fi,   Po Box 499,
                  Hanover, MD 21076-0499
14799097         +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:29:43      Syncb/old Navy,   Po Box 965005,
                  Orlando, FL 32896-5005
                                                                                          TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14799092      ##+Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4177
                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
```
          Elizabeth Lamont Wassall    on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
           vbarber@udren.com
          James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Richard  Bair ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 5
```