# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-21148-JAD |
| | : | |
| **RICHARD BAIR,** | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOC. NO. 5, 6 |
| **RICHARD BAIR,** | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | April 25, 2018 at 10:00 AM |
| vs. | : | |
| | : | |
| **CAPITAL ONE AUTO,** | : | |
| **JEFFERSON HOSPITAL,** | : | |
| **NATIONSTAR MORTGAGE,** | : | |
| **ONEMAIN FINANCIAL,** | : | |
| **PEOPLES GAS,** | : | |
| **PHH MORTGAGE,** | : | |
| **SYNCB, AND** | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| RESPONDENTS | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on March 27, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 13, 2018.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

| | | |
|---|---|---|
| Dated: <u>April 16, 2018</u> | By: | <u>/s/ Paul W. McElrath</u> |
| | | Paul W. McElrath, Esquire |
| | | Attorney for Debtor/Movant |
| | | PA I.D. #86220 |
| | | McElrath Legal Holdings, LLC |
| | | 1641 Saw Mill Run Blvd |
| | | Pittsburgh, PA 15210 |
| | | (412) 765-3606 |