**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Richard Bair, | : | Case No. 18-21148-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| Richard Bair, | : | |
| Movant | : | Related to Doc. No. 41, 42 |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | September 18, 2018 at 10:00 AM |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO APPROVE AUTOMOBILE FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Automobile Financing filed on August 17, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 4, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 5, 2018         By:     /s/ Paul W. McElrath, Esq.
                                         Paul W. McElrath, Esq.
                                         Attorney for Debtor/Movant
                                         McElrath Legal Holdings, LLC
                                         PA ID #86220
                                         1641 Saw Mill Run Blvd
                                         Pittsburgh, PA 15210
                                         paulm@mcelrathlaw.com
                                         Tel: 412.765.3606
                                         Fax: 412.765.1917