**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Richard Bair, | : | Case No. 18-21148-JAD |
| Debtor | : | |
| | : | Chapter 13 |

***

| | | |
|---|---|---|
| Richard Bair, | : | |
| Movant | : | Related to Doc. No. 41 |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | September 18, 2018 at 10:00 AM |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

***

### ORDER

**AND NOW**, this __7th__ day of __September__, 2018, upon consideration of the Debtor's Motion to Approve Financing for Automobile, it is hereby ORDERED and DIRECTED as follows:

1. Within thirty (30) days from the date of this Order the Debtor may obtain vehicle financing in order to purchase or lease either a new or used vehicle.

2. The vehicle financing shall be no greater than $25,000.00 inclusive of all taxes and fees, with a monthly payment no greater than $450.00.

3. Within forty-five (45) days from the date of this Order a report of purchase shall be filed with the Court.

4. Within forty-five (45) days from the date of this Order an amended plan to include the new vehicle shall be filed with the Court.

BY THE COURT:

9/7/2018

_____ jsf
Jeffery A. Deller,
Chief Bankruptcy Judge

FILED
9/7/18 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21148-JAD
Richard Bair                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy              Page 1 of 1              Date Rcvd: Sep 07, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.
db             +Richard Bair,    2603 Campbell Circle,    West Mifflin, PA 15122-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:
      Elizabeth Lamont Wassall    on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
       vbarber@udren.com
      James Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   Borough of West Mifflin/ West Mifflin School District
       jhunt@grblaw.com,    cnoroski@grblaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor Richard  Bair ecf@mcelrathlaw.com,
       donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 7