# IN THE UNTED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard Bair,** | : | **Case No. 18-21148-JAD** |
| **Debtor** | : | |
| | : | **Chapter 13** |

*************************************************************************

| | | |
|---|---|---|
| **Richard Bair,** | : | |
| **Movant** | : | **Related to Doc. No. 47** |
| | : | |
| v. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire /** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |
| | : | |

*************************************************************************

## CERTIFICATE OF SERVICE ORDER EXTENDING DEBTOR'S MOTION TO SECURE FINANCING FOR AUTOMOBILE

    I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify that that I am more than 18 years of age and that I served or caused to be served a copy of the Order Extending Debtor's Motion to Secure Financing for Automobile filed herewith on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

                                                               Respectfully submitted,

Date: <u>October 10, 2018</u>

                                                           <u>/s/ Sharla Munroe</u>
                                                           Sharla Munroe, Paralegal
                                                           McElrath Legal Holdings, LLC
                                                           1641 Saw Mill Run Boulevard
                                                           Pittsburgh, PA  15210
                                                           Tel: 412.765.3606
                                                           Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Richard Bair
2603 Campbell Circle
West Mifflin, PA 15120

Cap One Auto
3901 Dallas Pkwy
Plano, TX 75093

Goehring, Rutter & Boehm
437 Grant Street 14th FL
Pittsburgh, PA 15219

Jefferson Hospital
PO Box 643054
Pittsburgh, PA 15264

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106

Nationstar Mortgage
PO Box 619063
Dallas, TX 75261

Nationstar Mortgage
PO Box 60516
City of Industry, CA 91716

Nationstar Mortgage Lenders
350 Highland Dr
Lewisville, TX 75067

Nationstar Mortgage LLC
PO Box 9095
Temecula, CA 92589

Onemain Fi
Po Box 499
Hanover, MD 21076

Peoples Natural Gas
Company, LLC
c/o S. James Wallace
845 North Lincoln Ave.
Pittsburgh, PA 15233

PHH MORTGAGE
CORPORATION
PO BOX 961252
Fort Worth, TX 76161

Syncb/old Navy
Po Box 965005
Orlando, FL 32896

Udren Law Offices
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003