# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | RICHARD BAIR |
| Case Number: | 18-21148-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 11, 2018 11:30 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/11/18 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#25 - Final Confirmation of Plan Dated 4/27/018 (NFC)
R / M #:  25 / 0

*Appearances:*

Debtor: Freity
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

Con't for 2017 return

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __12/6/18__ at __9:30 Am__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor to provide account # for west mifflin EIT

10/3/2018    4:07:30PM