### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Richard Bair,** : | Case No. 18-21148-JAD |
| Debtor : | |
| : | **Chapter 13** |
| **Richard Bair,** : | |
| Movant : | Related to Doc. No. 69, 64 |
| : | |
| v. : | Concil Conf.: |
| : | **April 18, 2019 at 9:00 AM** |
| **Credit Acceptance Corporation,** : | |
| **Nationstar Mortgage, LLC** : | |
| **d/b/a Mr. Cooper and** : | |
| **Ronda J. Winnecour, Esquire** : | |
| **Chapter 13 Trustee,** : | |
| Respondents. : | |

**CERTIFICATE OF SERVICE OF ORDER DATED FEBRUARY 29 2019 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED FEBRUARY 19, 2019**

I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated February 29, 2019 Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated February 19, 2019, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: March 5, 2019

By: /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX**
Service by NEF

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire

Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Richard Bair
2603 Campbell Circle
West Mifflin, PA 15120

Credit Acceptance Corporation
25505 W 12 Mile Road
Suite 3000
Southfield MI 48034-0000

Cap One Auto
3901 Dallas Pkwy
Plano, TX 75093

Goehring, Rutter & Boehm
437 Grant Street 14th FL
Pittsburgh, PA 15219

Jefferson Hospital
PO Box 643054
Pittsburgh, PA 15264

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106

Nationstar Mortgage
PO Box 619063
Dallas, TX 75261

Nationstar Mortgage
PO Box 60516
City of Industry, CA 91716

Nationstar Mortgage Lenders
350 Highland Dr
Lewisville, TX 75067

Nationstar Mortgage LLC
PO Box 9095
Temecula, CA 92589

Onemain Fi
Po Box 499
Hanover, MD 21076

Peoples Natural Gas Company, LLC
c/o S. James Wallace
845 North Lincoln Ave.
Pittsburgh, PA 15233

PHH MORTGAGE CORPORATION
PO BOX 961252
Fort Worth, TX 76161

Syncb/old Navy
Po Box 965005
Orlando, FL 32896

Udren Law Offices
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003

William E. Craig, Esq.
Morton & Craig, LLC
110 Marter Ave Ste 301
Moorestown, NJ 08057