**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | | |
| **Richard Bair,** | : | Case No. 18-21148-JAD |
| **Debtor** | : | |
| | : | Chapter 13 |
| **Richard Bair,** | : | |
| **SS. No. (xxx-xx- 2960)** | : | |
| **Movant** | : | Related to Doc. No. 70 |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Franco Associates** | : | |
| **Respondent** | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**AND LOCAL FORM 12**

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the May 10, 2019 I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: May 10, 2019         /s/ Sharla Munroe
                                  Sharla Munroe, Paralegal
                                  McElrath Legal Holdings, LLC
                                  1641 Saw Mill Run Blvd.
                                  Pittsburgh, PA 15210
                                  Tel: 412.765.3606
                                  Fax: 412.765.1917

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Franco Associates
**ATTENTION:  PAYROLL MANAGER**
1501 Ardmore Blvd #100
Pittsburgh, PA 15221

Richard Bair
2603 Campbell Circle
West Mifflin, PA 15120