**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-21148-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard Bair
2603 Campbell Circle
West Mifflin PA 15120

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/15/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Wilmington Trust, National Association, et al.
c/o Planet Home Lending LLC
321 Research Parkway
Suite 303
Meriden, CT 06450

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/18/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21148-JAD
Richard Bair                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: Oct 16, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
14828753      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               pabk@logs.com, ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of West Mifflin/ West Mifflin School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard  Bair ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8