Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard Bair**
Debtor(s)

Bankruptcy Case No.: 18–21148–JAD
Doc. #77
Chapter: 13
Docket No.: 78 – 77
Concil. Conf.: April 16, 2020 at 09:00 AM

## **ORDER**

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 16, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 16, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 14, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania

In re:                                                              Case No. 18-21148-JAD
Richard Bair                                                        Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0315-2           User: skoz                 Page 1 of 2         Date Rcvd: Jan 14, 2020
                               Form ID: 410               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db             +Richard Bair,    2603 Campbell Circle,    West Mifflin, PA 15122-3503
cr             +Borough of West Mifflin/ West Mifflin School Distr,    Goehring, Rutter & Boehm,
                 437 Grant Street,    Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6002
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste 3000,    Southfield, MI 48034-8331
cr             +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
cr             +Planet Home Lending, LLC.,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
14850812       +Borough of West Mifflin/ West Mifflin SD,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14799086       +Cap One Auto,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14950812       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14799087       +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
14799088       +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14799089       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14799090       +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14799091       +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14799093       +Nationstar Mortgage LLC,    PO Box 9095,    Temecula, CA 92589-9095
14828753       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14799096       +PHH MORTGAGE CORPORATION,    PO BOX 961252,    Fort Worth, TX 76161-0252
14815522       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14799095       +Peoples Natural Gas Company, LLC,    c/o S. James Wallace,    845 North Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14799098       +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
15139742       +Wilmington Trust, National Association, et al.,    c/o Planet Home Lending LLC,
                 321 Research Parkway,    Suite 303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 15 2020 03:27:47
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14799094       +E-mail/PDF: cbp@onemainfinancial.com Jan 15 2020 03:04:37       Onemain Fi,    Po Box 499,
                 Hanover, MD 21076-0499
14799097       +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:05:19       Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14824230*      +Cap One Auto,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14824231*      +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
14824232*      +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14824233*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14824235*      +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14824234*      +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14824237*      +Nationstar Mortgage LLC,    PO Box 9095,    Temecula, CA 92589-9095
14824236*      +Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4488
14824238*      +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
14824240*      +PHH MORTGAGE CORPORATION,    PO BOX 961252,    Fort Worth, TX 76161-0252
14824239*      +Peoples Natural Gas Company, LLC,    c/o S. James Wallace,    845 North Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14824241*      +Syncb/old Navy,    Po Box 965005,    Orlando, FL 32896-5005
14824242*      +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14799092      ##+Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4488
                                                                                 TOTALS: 0, * 14, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: skoz              Page 2 of 2            Date Rcvd: Jan 14, 2020
                              Form ID: 410            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               pabk@logs.com, ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of West Mifflin/ West Mifflin School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard  Bair ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```