Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Richard Bair**  :  Case No. 18−21148−JAD
*Debtor(s)*  :  Chapter: 13
:
:
:
:
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 2nd of April, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21148-JAD
Richard Bair                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: 309            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db            +Richard Bair,    2603 Campbell Circle,    West Mifflin, PA 15122-3503
cr            +Borough of West Mifflin/ West Mifflin School Distr,    Goehring, Rutter & Boehm,
                437 Grant Street,    Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6002
cr            +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste 3000,    Southfield, MI 48034-8331
cr            +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                Coppell, TX 75019-4620
cr            +Planet Home Lending, LLC.,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
14850812      +Borough of West Mifflin/ West Mifflin SD,    Goehring, Rutter & Boehm,
                c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA 15219-6101
14799086      +Cap One Auto,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14950812      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
14799087      +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
14799088      +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14799089      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14799090      +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14799091      +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14799093      +Nationstar Mortgage LLC,    PO Box 9095,    Temecula, CA 92589-9095
14828753      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14799096      +PHH MORTGAGE CORPORATION,    PO BOX 961252,    Fort Worth, TX 76161-0252
14815522      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14799095      +Peoples Natural Gas Company, LLC,    c/o S. James Wallace,    845 North Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14799098      +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
15139742      +Wilmington Trust, National Association, et al.,    c/o Planet Home Lending LLC,
                321 Research Parkway,    Suite 303,   Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: AISACG.COM Apr 03 2020 07:58:00      Capital One Auto Finance, a division of Capital On,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14799094      +EDI: AGFINANCE.COM Apr 03 2020 07:58:00      Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
14799097      +EDI: RMSC.COM Apr 03 2020 07:58:00      Syncb/old Navy,   Po Box 965005,
                Orlando, FL 32896-5005
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14824230*     +Cap One Auto,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14824231*     +Goehring, Rutter & Boehm,    437 Grant Street 14th FL,    Pittsburgh, PA 15219-6107
14824232*     +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14824233*     +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14824235*     +Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
14824234*     +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14824237*     +Nationstar Mortgage LLC,    PO Box 9095,    Temecula, CA 92589-9095
14824236*     +Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4488
14824238*     +Onemain Fi,    Po Box 499,   Hanover, MD 21076-0499
14824240*     +PHH MORTGAGE CORPORATION,    PO BOX 961252,    Fort Worth, TX 76161-0252
14824239*     +Peoples Natural Gas Company, LLC,    c/o S. James Wallace,    845 North Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14824241*     +Syncb/old Navy,    Po Box 965005,   Orlando, FL 32896-5005
14824242*     +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
14799092     ##+Nationstar Mortgage Lenders,    350 Highland Dr,    Lewisville, TX 75067-4488
                                                                                   TOTALS: 0, * 14, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jfur                Page 2 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: 309              Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
               pabk@logs.com,  ewassall@logs.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Borough of West Mifflin/ West Mifflin School District
               jhunt@grblaw.com,  cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Richard  Bair ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```